

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00194-CV

———————————————

TEAMSTERS LOCAL NO. 997, RICK MIEDEMA, JUSTIN SOUTHERN, TORRI NICHOLS-PARKER, ALBINO SANCHEZ, BRANDON BARTON, LEO CAESAR, III, AND HECTOR SILVA-MENDEZ, INDIVIDUALLY AND IN THEIR CAPACITIES AS OFFICERS, TRUSTEES AND AGENTS OF DEFENDANT UNION, Appellants

V.

MOLSON COORS BEVERAGE COMPANY, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-351027-24

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.


Per Curiam

Delivered:  May 30, 2024